IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



SHAKEDRA JOHNSON,

    Plaintiff,

v.                              Civil Action No. 3:17CV307

SUSSEX COUNTY GENERAL DISTRICT COURT, et al.,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on May 10, 2017, the Court conditionally docketed the action. On May 16, 2017, the United States Postal Service returned the May 10, 2017 Memorandum Order to the Court marked, "RETURN TO SENDER" and "UNABLE TO FORWARD." Since that date, Shakedra Johnson has not contacted the Court to provide a current address. Johnson's failure to contact the Court and provide a current address indicates her lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Johnson.

                                            /s/    RE P
                                      Robert E. Payne
Date: June 12, 2017          Senior United States District Judge
Richmond, Virginia